# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE AMESQUITA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACOMBER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01604-NODJ-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 5)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 6) |

　　　　Plaintiff Juan Jose Amesquita ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 17, 2023, the Court ordered Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee to proceed with this action within forty-five days. (ECF No. 3.) Following Plaintiff's failure to respond or otherwise comply with the Court's order, on January 19, 2024, the Court issued findings and recommendations to dismiss this action, without prejudice, for failure to obey a court order and failure to prosecute. (ECF No. 5.)

　　　　On January 22, 2024, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 6.) Although filed after the required deadline, the Court finds it appropriate to vacate the pending findings and recommendations.

　　　　Furthermore, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory

1

filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 19, 2024, (ECF No. 5), are VACATED;
2. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 6), is GRANTED;
3. **The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**
4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and
5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:  **January 22, 2024**        /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE