UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE AMESQUITA,<br><br>              Plaintiff,<br><br>       v.<br><br>MACOMBER, et al.,<br><br>              Defendants. | No.  1:23-cv-01604-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 11) |

Plaintiff Juan Jose Amesquita is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2024, the assigned magistrate judge screened the complaint and found plaintiff stated cognizable claims against defendants Howard and Chavez for deliberate indifference to medical care in violation of the Eighth Amendment for how Howard and Chavez were moving plaintiff inside the van as they tried to return plaintiff to the wheelchair, and for failure to obtain medical care for plaintiff following the vehicle incident/accident, but failed to state any other cognizable claims for relief.  Doc. 8.  Plaintiff was ordered to either file a first amended complaint or notify the court of his willingness to proceed only on the cognizable claims identified in the screening order.  *Id.* at 12.  On March 18, 2024, plaintiff filed a notice that he did not intend to amend and was willing to proceed only on the cognizable claims identified by the court.  Doc. 10.

The magistrate judge then issued findings and recommendations that this action proceed

1

1 on plaintiff's complaint against Defendants Howard and Chavez for deliberate indifference to
2 medical care in violation of the Eighth Amendment for how they were moving Plaintiff inside the
3 van and for failure to obtain medical care for Plaintiff following the vehicle incident/accident.
4 Doc. 11.  The magistrate judge further recommended that all other claims and defendants be
5 dismissed based on plaintiff's failure to state claims upon which relief may be granted.  *Id.*  The
6 findings and recommendations were served on plaintiff and contained notice that any objections
7 were to be filed within fourteen (14) days after service.  *Id.*  No objections have been filed, and
8 the deadline to do so has expired.

9      In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of
10 this case.  Having carefully reviewed the entire file, the court finds the findings and
11 recommendations to be supported by the record and by proper analysis.

12      Accordingly, IT IS HEREBY ORDERED that:

13     1. The findings and recommendations issued on March 20, 2024, (Doc. 11), are adopted
14        in full;
15     2. This action shall proceed on plaintiff's complaint, filed November 14, 2023, (Doc. 1),
16        against Defendants Howard and Chavez for deliberate indifference to medical care in
17        violation of the Eighth Amendment for how they were moving Plaintiff inside the van
18        and for failure to obtain medical care for Plaintiff following the vehicle
19        incident/accident;
20     3. All other claims and defendants are dismissed from this action for failure to state
21        claims upon which relief may be granted; and
22     4. This action is referred back to the assigned magistrate judge for proceedings consistent
23        with this order.

24
25
26 IT IS SO ORDERED.
27    Dated:    May 19, 2024
28                                               UNITED STATES DISTRICT JUDGE