# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE AMESQUITA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACOMBER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01604-KES-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS (ECF No. 19)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

　　　Plaintiff Juan Jose Amesquita ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Howard and Chavez ("Defendants") for deliberate indifference to medical care in violation of the Eighth Amendment for how they were moving Plaintiff inside the van and for failure to obtain medical care for Plaintiff following the vehicle incident/accident.

　　　On August 8, 2024, the Court set this case for a settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 19.) As the case did not settle, (ECF No. 24), the Court finds it appropriate and necessary to lift the stay. This case is now ready to proceed.

　　　Based on the foregoing, IT IS HEREBY ORDERED that:

　　　1. The stay of this action, (ECF No. 19), is LIFTED;

///

1

2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and

3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **October 15, 2024**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2