# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE AMESQUITA, | Case No. 1:23-cv-01604-KES-BAM |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| MACOMBER, *et al.*, | (ECF No. 32) |
| Defendants. | **Dispositive Motion Deadline: December 23, 2025** |

Plaintiff Juan Jose Amesquita ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Howard and Chavez ("Defendants") for deliberate indifference to medical care in violation of the Eighth Amendment for how they were moving Plaintiff inside the van and for failure to obtain medical care for Plaintiff following the vehicle incident/accident.

The Court issued a discovery and scheduling order on October 15, 2024. (ECF No. 26.) That order set the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) for August 25, 2025. (*Id.*)

On August 18, 2025, the Court granted Defendants' motion to extend the deadline to file a dispositive by 60 days, up to and including October 24, 2025. (ECF No. 31.)

Currently before the Court is Defendants' second motion to extend the deadline to file a

1

dispositive motion by 60 days, to December 23, 2025. (ECF No. 32.) Defendants assert that good cause exists to grant the second request for an extension of time because preparation of a dispositive motion involves extensive review of documents relevant to Plaintiff's claims, including medical records, and consultation with non-party individuals employed by CDCR to gather declarations and over evidence. Defendants assert that a sixty-day extension of time would allow counsel to continue to thoroughly investigate Plaintiff's claims and prepare a comprehensive dispositive motion. (*Id.* at 3.)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the motion, the Court finds good cause to grant the requested extension of the dispositive motion deadline. Fed. R. Civ. P. 16(b)(4). The Court finds that Plaintiff will not be prejudiced by the extension granted here. No other deadlines are extended by this order. Further, no additional extensions of the dispositive motion to deadline will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' second motion for an extension of time to file dispositive motion, (ECF No. 32), is GRANTED; and
2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from October 24, 2025, to **December 23, 2025**
3. **No further extensions of the dispositive motion deadline will be granted absent a demonstrated showing of good cause, which will be narrowly construed**.

IT IS SO ORDERED.

Dated:   **October 27, 2025**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2