# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN JOSE AMESQUITA,

Plaintiff,

v.

MACOMBER, *et al.*,

Defendants.

Case No. 1:23-cv-01604-KES-BAM (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

(ECF No. 44)

Plaintiff Juan Jose Amesquita ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Howard and Chavez for deliberate indifference to medical care in violation of the Eighth Amendment.

On August 11, 2026, the Court issued findings and recommendations that recommended Defendants' motion for summary judgment be granted. (ECF No. 43.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days. (*Id.*)

On August 28, 2026, Plaintiff filed the instant motion requesting an extension of time from the original 14 days to 21 days to file his rebuttal and objections to the findings and recommendations,. (ECF No. 44.) Defendants have not yet had an opportunity to file a response to the motion, but the Court finds a response unnecessary. The motion is deemed submitted.

Local Rule 230(l).

In his motion, Plaintiff asserts that good cause exists for an extension of seven (7) calendar days from August 28, 2026, to September 4, 2026, to finish his response to the findings and recommendations. (ECF No. 44 at 2.) Plaintiff indicates that due a C-SATF – Yard F lockdown on 08-18-2026, and correctional staff shortage on F Yard, there is no programming and no law library use permitted. He therefore requests that his response to the findings and recommendations be filed on or before September 4, 2026. (*Id.*)

The Court finds good cause to grant Plaintiff's motion for an extension of time to file objections to the findings and recommendations. Fed. R. Civ. P. 6. Defendants will not be prejudiced by the brief extension of time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file objections to the findings and recommendations, (ECF No. 44), is GRANTED; and
2. Plaintiff shall file his objections to the August 11, 2026 findings and recommendations on or before September 4, 2026.

IT IS SO ORDERED.

Dated: **September 2, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE